

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| SHAWN COKER, NEIGHBORHOOD PARTNERS, INC., | § | No. 08-13-00127-CV |
| BLUE MOON REALTY GROUP AND WIZARD FUNDING, L.L.C., | § | Appeal from |
| Appellants, | § | 236th District Court |
| v. | § | of Tarrant County, Texas |
| TEISHA D. BOLES, | § | (TC # 236-265240-13) |
| Appellee. | § | |

## MEMORANDUM OPINION

Appellants, Shawn Coker, Neighborhood Partners, Inc., Blue Moon Realty Group, and Wizard Funding, L.L.C., have filed a motion to dismiss their appeal pursuant to TEX.R.APP.P. 42.1(a)(1). Appellee does not oppose the motion. We grant the motion and dismiss the appeal.

November 22, 2013

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.